Henry *vs.* Duvic.

APPEAL from the Superior District Court of New Orleans. HAWKINS, J.

*Tucker* for the Relator.

---

No. 6113.

JOHN B. HENRY, SR., vs. CONRAD DUVIC ET AL.

When the sureties to an appeal bond have been declared insufficient by a judgment which has become final, and no other bond was offered or filed, the party who had judgment below can proceed in the execution of his judgment, and will not be prevented by a prohibition from this court.

APPEAL from the Fourth District Court of New Orleans. LYNCH, J.

*Hornor & Benedict* for Plaintiff and Appellee. *Sabourin* and *Ray* for Defendant and Appellant.

Judgment having been rendered against the defendants below, they obtained a suspensive appeal therefrom, and gave bond. The plaintiff took a rule to test the solvency of the sureties on the bond, and on trial the bond was declared insufficient and the order for appeal was revoked. The plaintiff took out execution, and the defendants applied to this court for a prohibition which was granted provisionally, and on hearing, the judge below was sustained, and the writ discharged.

DE BLANC, J. There is left here a transcript, but no new order granting an appeal replaces that which was revoked, no new bond replaces that which was rejected, and, therefore, there is before us no appeal upon which to act.

*The motion to dismiss is allowed.*